SULLIVAN, HILL, LEWIN, REZ & ENGEL          **Electronically Filed:  February 26, 2013**
A Professional Law Corporation
 James P. Hill, CA SBN 90478 (Pro Hac Vice)
 Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
 Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:  (702) 382-6440
Fax Number: (702) 384-9102

Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S-09-32824-RCJ (Lead Case) |
| | Jointly Administered with Case Nos.: |
| ASSET RESOLUTION, LLC, | BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; |
| | BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; |
| Debtor. | BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; |
| | BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; |
| | BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; |
| | BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; |
| Affects: | BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| ☒ All Debtors | |
| | Chapter 7 |
| WILLIAM A. LEONARD, JR., Chapter 7 | ADV. CASE NO.  11-01303 |
| Trustee, | |
| | **AGREED MOTION TO DISMISS** |
| Plaintiff, | **ADVERSARY CASE** |
| | |
| v. | |
| | |
| CONWAY MACKENZIE, INC., | |
| | Ctrm:   RCJ-Courtroom 6 |
| Defendant. | Bruce R. Thompson Federal Building |
| | 400 S. Virginia Street |
| | Reno, NV 89501 |
| | Judge:  Hon. Robert C. Jones |

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff respectfully

moves for a dismissal of the above-referenced adversary proceeding, Adversary Case Number 11-

01303-rcj (the "Adversary").  In support of the motion, the parties state as follows:

1. On September 6, 2012, the Court entered the Agreed Order Regarding Settlement and

Related Relief [Dkt. 1915] in the above-referenced bankruptcy case (the "Order").

/ / /

2.      Rule 41 of the Federal Rules of Civil Procedure ("FRCP") states a "plaintiff may dismiss an action without court order by filing: (i) a notice of dismissal before the opposing party served either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

3.      On or about December 14, 2011, Defendant filed an answer to the complaint.  There are no counterclaims asserted by Defendant.  Defendant has not moved for summary judgment.

4.      The case has been settled.

5.      The Order affirms the assignment by the Estate to Silar Advisors, L.P. ("Silar") and The Claims Recovery Trust ("CRT") of the claims at issue in this Adversary (the "Claims").   As such, with the consent of Silar and the CRT, Plaintiff moves the Court to enter the attached order dismissing the Adversary with all parties bearing their own attorney's fees and costs.

6.      **All parties consent to the relief requested in this motion.**

WHEREFORE, movant requests that the Court: (1) grant the motion; and, (2) enter the attached order dismissing the Adversary with prejudice, with all parties bearing their own attorney's fees and costs.

Dated:      February 26, 2013              SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                           A Professional Law Corporation

                                           By:    _____*/s/ Jonathan S. Dabbieri*_____
                                           James P. Hill, *Pro Hac Vice*
                                           Jonathan S. Dabbieri, *Pro Hac Vice*
                                           Elizabeth E. Stephens
                                           Attorneys for Chapter 7 Trustee, William A.
                                           Leonard, Jr.

Dated:      February 26, 2013              THE MAJORIE FIRM LTD.

                                           By:    _____*/s/ Francis B. Majorie*_____
                                           Francis B. Majorie, *Pro Hac Vice*
                                           Attorneys for Silar Advisors, LP and The
                                           Claims Recovery Trust

**EXHIBIT 1**

1

2

3

4

5

6  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
7    James P. Hill, CA SBN 90478 (Pro Hac Vice)
     Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
8    Elizabeth E. Stephens, NV SBN 5788
   228 South Fourth Street, First Floor
9  Las Vegas, NV 89101
   Telephone:  (702) 382-6440
10 Fax Number: (702) 384-9102

11 Attorneys for Chapter 7 Trustee,
   William A. Leonard, Jr.

12

13                 UNITED STATES BANKRUPTCY COURT

14                     DISTRICT OF NEVADA

15 | In re | ) | CASE NO. BK-S-09-32824-RCJ (Lead Case)
16 | ASSET RESOLUTION, LLC, | ) | Jointly Administered with Case Nos.:
   | | ) | BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;
17 | Debtor. | ) | BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;
   | | ) | BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;
18 | | ) | BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;
   | | ) | BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;
19 | _____ | ) | BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;
   | Affects: | ) | BK-S-09-32880-RCJ; BK-S-09-32882-RCJ
20 |   ☒ All Debtors | ) |
   | | ) | Chapter 7
21 | _____ | ) | ADV. CASE NO.  11-01303
   | WILLIAM A. LEONARD, JR., Chapter 7 | ) |
22 | Trustee, | ) | **AGREED ORDER OF DISMISSAL**
   | Plaintiff, | ) |
23 | | ) |
   | v. | ) |
24 | | ) |
   | CONWAY MACKENZIE, INC., | ) |
25 | | ) | Ctrm:   RCJ-Courtroom 6
   | Defendant. | ) |          Bruce R. Thompson Federal Building
26 | | ) |          400 S. Virginia Street
   | | ) |          Reno, NV 89501
27 | _____ | ) | Judge:  Hon. Robert C. Jones

28

350015-v1                          - 1 -

1    On September 6, 2012, the Court entered the Agreed Order Regarding Settlement and

2   Related Relief [Dkt. 1915] in the above referenced bankruptcy case (the "Order").  The Defendant

3   filed an answer to the Adversary complaint on December 14, 2011.

4    The Court has considered the Agreed Motion to Dismiss (the "Motion").  The Court finds

5   that good cause exists for granting the Motion.

6    **IT IS THEREFORE ORDERED** that the above-captioned adversary proceeding,

7   Adversary Case Number 11-01303-rcj is dismissed with prejudice.  All parties shall bear their own

8   attorney's fees and costs.

9    **IT IS SO ORDERED** this __ day of _____, 2013.

10

11   _____
     Honorable Robert C. Jones

12

13   **AGREED AS TO FORM:**

14   Dated:     February 26, 2013          SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                           A Professional Law Corporation
15

16                                         By:     _____*/s/ Jonathan S. Dabbieri*_____
                                                   James P. Hill
17                                                 Jonathan S. Dabbieri
                                                   Elizabeth E. Stephens
18                                                 Attorneys for Chapter 7 Trustee, William A.
                                                   Leonard, Jr.
19

20   Dated:   February 26, 2013            Dated:  February 26, 2013

21   THE MAJORIE FIRM LTD.                 GORDON & SILVER, LTD.

22

23   By:     _____*/s/ Francis B. Majorie*_____     By:     _____*/s/ Talitha Gray Kozlowski*_____
             Francis B. Majorie, PC *Pro Hac Vice*          Talitha Gray Kozlowski
24           Attorneys for Silar and The Claims            *AND*
             Recovery Trust                                PERKINS COIE LLP
25                                                         Daniel A. Zazove, *Pro Hac Vice*
                                                           Deborah M. Gutfeld, *Pro Hac Vice*
26                                                         Attorneys for Conway Mackenzie, Inc.

27

28